UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Unites States of America,<br><br>                       Plaintiff,<br><br>     -against-<br><br>Ramel Pierson,<br><br>                       Defendant. | 1:14-cr-00855 (LTS)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

For the reasons stated on the record during today's proceeding, IT IS HEREBY ORDERED that Carla Sanderson, counsel for Defendant, be granted a legal call with Defendant.

**SO ORDERED.**

DATED:    New York, New York
               March 19, 2020

_____
STEWART D. AARON
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2020