



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 7, 2020

**<u>VIA ECF</u>**
The Honorable Laura T. Swain
United States District Court Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   *United States v. Ramel Pierson*, **14 Cr. 855 (LTS)**

Dear Judge Swain:

      In accordance with the Court's Individual Rule of Practice A.5.a, the Government respectfully requests permission to file a redacted copy of its letter opposing the defendant, Ramel Pierson's, motion seeking release from custody at the Metropolitan Detention Center ("MDC") in advance of a revocation of supervised release hearing, dated April 4, 2020 ("Letter Opposition"). The proposed redactions, which were provided to the Court and defense counsel on April 4, 2020, refer to the defendant's medical records.[1] Additionally, the Government respectfully requests permission to file Exhibit A to its Letter Opposition under seal. Exhibit A is the defendant's Presentence Investigation Report, dated April 27, 2016. Defense counsel does not oppose the Government's redaction and sealing request.

The request is granted.  Medical and other confidential personal information, including the PSI, may be redacted from the versions filed on ECF of the parties' submissions.  The parties must deliver unredacted copies of any redacted filings, with a copy of this Order, to the drop box located in the lobby of the Daniel Patrick Moynihan Courthouse as soon as is practicable after the COVID-19 pandemic local travel restrictions are lifted, and in any event no later than July 17, 2020. DE# 57 resolved.
SO ORDERED.
4/7/2020
/s/ Laura Taylor Swain, USDJ

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
    Danielle M. Kudla
    Assistant United States Attorney
    (212) 637-2304

CC:   Carla Sanderson
       *Counsel for Ramel Pierson*

---

[1] In accordance with the Court's Special Procedures for Communications During the COVID-19 Emergency, the Government provided the proposed redactions via email as opposed to paper submission as stated in Rule A.5.c. The Government will provide a paper submission if directed.