UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA,

    -v-                                                                                        No. 14 CR 855

RAMEL PIERSON,

        Defendant.

---------------------------------------------------------x

## ORDER

        The Court has received a letter request from defense counsel for an ex parte order directing the Bureau of Prisons (BOP) to provide defendant Ramel Pierson ("Mr. Pierson") certain medical services immediately. The Court finds the request for an order premature in light of the fact that, as proffered by defense counsel, Mr. Pierson brought his medical issues to the attention of staff at the Metropolitan Detention Center ("MDC") only yesterday, April 6, 2020, and may not have raised all of the issues with that staff member. Accordingly, the Court denies defense counsel's request without prejudice.

        Defense counsel is directed to contact the Legal Department of the MDC and bring to its attention Mr. Pierson's pending request for medical services and its urgency. The Assistant United States Attorney is hereby directed to reach out to defense counsel to provide contact information for the appropriate Legal Department personnel, and to assist defense counsel in reaching the appropriate person, underscoring the urgency of the request, the nature of which defense counsel can explain to the Legal Department representative.

The letter application and proposed ex parte order will be filed under seal because they include medical information.

SO ORDERED.

Dated: New York, New York
April 7, 2020

                                                 /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                United States District Judge