UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-                                                                      No. 14 CR 855

RAMEL PIERSON,

       Defendant.

-------------------------------------------------------x

## ORDER

For the reasons stated on the record today, Mr. Pierson's application for bail or temporary release, docket entry no. 56, is denied.

SO ORDERED.

Dated: New York, New York
       April 9, 2020

                                                    /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                United States District Judge