UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-                                                               No.  14 CR 855

RAMEL PIERSON,

       Defendant.

-------------------------------------------------------x

ORDER

The Court will hold a video conference hearing on Mr. Pierson's violation of supervised release on **April 30, 2020, at 9:00 a.m.**  The Court will separately provide the parties and Mr. Pierson's Probation Officer with the necessary logistical information regarding their participation in the proceeding.  To access the proceeding using audio-only technology, members of the public and press must dial 855-268-7844 and enter the access code 32091812#, followed by the pin 9921299#.

In the event that the video conference technology fails to operate successfully, the hearing will proceed telephonically.  To access the telephonic proceeding, the parties must dial 888-363-4734 and enter the access code 1527005, followed by the security code 2140.  During the call, the participants are directed to observe the following rules:

1. Use a landline whenever possible.
2. Use a handset rather than a speakerphone.
3. All callers in to the line must identify themselves if asked to.
4. Identify yourself each time you speak.
5. <u>Mute</u> when you are not speaking to eliminate background noise.
6. Spell proper names.

Additionally, video and teleconference participants are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.

Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

SO ORDERED.

Dated: New York, New York
April 29, 2020

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge