UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

        -v-                                              No.  14 crim 855 (LTS)

RAMEL PIERSON

        Defendant.

-------------------------------------------------------x

## ORDER

      ORDERED that pursuant to sentence of time served imposed today, the defendant Ramel Pierson is discharged from the custody of the U.S. Marshals Service.

      SO ORDERED.

Dated: New York, New York
      April 30, 2020

                                                    /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge