AO 245D (Rev. 02/18)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Southern District of New York

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| RAMEL PIERSON | Case No.   01:14crim855-01 (LTS) |
| | USM No.   92318-054 |
| | Carla Sanderson, Esq. |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s) __One and Six__ of the term of supervision.

☐  was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Specification One (1) | The supervisee failed to report to the U.S. Probation Officer as directed. | 6/24/2019 |
| Specification Six (6) | The supervisee left the judicial district without the permission of the Court or the Probation Officer to wit, he traveled to the state of New Jersey without permission or authority. | 2/19/2020 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X  The defendant has not violated condition(s) __Two through Five__ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  Unknown

Defendant's Year of Birth:  1990

City and State of Defendant's Residence:
Homeless

April 30, 2020
Date of Imposition of Judgment

/s/ Laura Taylor Swain
Signature of Judge

Laura Taylor Swain, U.S.D.J.
Name and Title of Judge

May  4, 2020
Date

AO 245D (Rev. 02/18)     Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page   2   of   2

DEFENDANT: RAMEL PIERSON
CASE NUMBER: 01:14crim855-01 (LTS)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

TIME SERVED as to Specifications One (1) and Six (6). No term of supervised release to follow. Defendant's time in custody on this supervised release violation is to be treated as concurrent to any sentence that may be imposed for the state parole violation arising from the conduct underlying any and all of the six specifications of violation.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL